# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DURR MECHANICAL CONSTRUCTION, INC.,<br>　　　　　　　　Plaintiff,<br>v.<br>PSEG FOSSIL, LLC,<br>　　　　　　　　Defendant. | Civil Action No.: 18-10675 (JXN) (CLW)<br>*Document Electronically Filed*<br><br>**CONSENT ORDER** |

**THIS MATTER**, having come before the Court for the entry of a Consent Order extending the time for Plaintiff Durr Mechanical Construction, Inc. ("DMC") and Defendant PSEG Fossil LLC ("PSEG") (together, the "Parties") to complete fact discovery, and for good cause shown:

**IT IS** on this _____ day of December 2021;

**ORDERED** that, based upon the agreement of all Parties, the deadline for fact discovery is hereby extended up to and including **June 30, 2022**.

**AGREED AND CONSENTED TO BY:**

| | |
|---|---|
| By: s/ Joshua S. Levy<br>　　Joshua S. Levy<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>jlevy@gibbonslaw.com<br><br>*Counsel for Defendant PSEG Fossil, LLC* | By: s/ Richard R. Volack<br>　　Richard R. Volack<br>**PECKAR & ABRAMSON**<br>70 Grand Avenue<br>River Edge, New Jersey 07661<br>rvolack@pecklaw.com<br><br>*Counsel for Plaintiff Durr Mechanical Construction, Inc.* |
| Dated:  December 2, 2021 | Dated:  December 2, 2021 |

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. CATHY L. WALDOR
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge