

# Peckar & Abramson
## A Professional Corporation · Attorneys & Counselors at Law

www.pecklaw.com

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

**International**
**Alliances**

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay

**BY ECF ONLY**

June 24, 2026

Honorable Michael E. Farbiaz
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re:    **Durr Mechanical Construction Inc. v. PSEG Fossil, LLC**
**Civ. No. 2:18-cv-10675 (MF) (CLW)**
**Inquiry Regarding Schedule for Deciding SJ Motions**

Dear Judge Farbiaz:

Our Firm Peckar & Abramson P.C. represents the plaintiff Durr Mechanical Construction Inc ("Durr") in the above referenced matter. Durr respectfully submits the following inquiry regarding the Court's schedule for determining the Parties' outstanding motions for summary judgment.

Both plaintiff Durr and defendant counterclaimant PSEG Fossil, LLC (PSEG") filed a substantial Motion for summary judgment and a separate Motion to preclude expert testimony on February 11, 2025. Initially, Honorable Magistrate C. Fais advised the Parties that she was going to first decide the motions to preclude expert testimony and subsequently the Court would decide the motions for summary judgment. On November 14, 2025, the Court held a full day hearing just on the motions to preclude expert testimony. On January 5, 2026, and before a decision on the motions to preclude testimony was rendered, Magistrate Fais filed a Recusal Letter in this matter. The case was then assigned to Magistrate Jose R. Almonte who filed an Order that the Motions to preclude expert testimony would be removed from the docket and subsequently added back to the docket after the Court decided the motions for summary judgment.

Durr has submitted this letter to confirm that the Court, the Magistrate and the parties are proceeding in the same order of priority: first resolving existing summary judgment motions and then motions to exclude expert testimony. Durr would also appreciate any information the Court is able to provide regarding its contemplated schedule for deciding the summary judgment motions.



# Peckar & Abramson

A Professional Corporation · Attorneys & Counselors at Law

Honorable Michael E. Farbiaz   (U.S.D.J.)
June 24, 2026
Page 2

Durr originally contacted the Clerk's office regarding these issues and was informed to file a letter to the Judge's chambers.

Respectfully submitted,

Robert Drucker, Esq.
Paul Monte. Esq.
Peckar & Abramson P.C.
Attorneys for Plaintiff
Durr Mechanical Construction Inc.

Cc:  Magistrate Jose R. Almonte
     Samuel Portnoy, Esq
     FBT Gibbons LP