

Peter J. Torcicollo
+1 973.596.4819 (t)
+1 973.639.6322 (f)
ptorcicollo@fbtgibbons.com

June 29, 2026

**VIA ECF**

The Honorable Michael E. Farbiarz
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:     **Durr Mechanical Construction, Inc. v. PSEG Fossil, LLC, No. 18-10675**

Dear Judge Farbiarz,

This firm represents PSEG Fossil, LLC ("PSEG") in the above-referenced litigation.  We are in receipt of the letter filed by Durr Mechanical Construction, Inc. ("Durr") on June 24, 2026 (ECF No. 245) and write to clarify the following points:

First, PSEG did not consent to and does not join Durr's June 24 letter.  Durr did not contact us regarding the letter before filing or ask us to review it.  The letter was also the first notice to PSEG of Durr's attempt to contact the Clerk's office regarding these issues.  PSEG leaves it to the Court's sole discretion to take whatever time may be necessary to fully evaluate the parties' respective summary judgment submissions.

Second, we believe Durr's articulation of this matter's "order of priorities" is incorrect. Judge Almonte did not direct that the parties' *Daubert* motions would be "added back to the docket."  He administratively terminated the motions with leave to refile "if necessary" once the summary judgment motions are decided.  ECF No. 243.

PSEG clarifies that the parties were not directed to file all potential *Daubert* motions along with their summary judgment motions.  Rather, they were directed to file only the "*Daubert* motions they believe bear on summary judgment," ECF No. 184, which obviously leaves open the opportunity for the parties to file additional *Daubert* motions at a later date.

Finally, while a minor point, Durr's letter identifies November 14, 2025 as the date on which Judge Fais conducted the *Daubert* evidentiary hearing and argument. That is inaccurate. Those proceedings were conducted on Friday, December 5, 2025.

Hon. Michael E. Farbiarz, U.S.D.J.
June 29, 2026
Page 2

PSEG thanks the Court for its continuing attention to this matter.

Respectfully submitted,

s/ Peter J. Torcicollo
Peter J. Torcicollo