**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: NEWARK** **DATE:** 9/10/26
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET#** 18-10675

Durr Mechanical Construction, Inc.
vs.

PSEG Fossil, LLC

**APPEARANCES:**

Richard Volack, Esq.
Robert Drucker, Esq.
Samuel Portnoy, Esq.
Peter Torcicollo, Esq.
Marwan Rashed, Esq.

**Nature of Proceedings**: **MOTION HEARING HELD ON THE RECORD**

Hearing held as to the pending motion for summary judgment.
Court granted in part and denied in part the pending motions.
Three page supplemental filings due 9/24 by defendant and 10/8 by plaintiff.

**Time Commenced: 2:00**
**Time Adjourned: 4:30**
**Total Time: 2:30**

RoseMarie Olivieri
SENIOR COURTROOM DEPUTY